**Order entered February 13, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01294-CV

## JAMES D. ANDERTON, AS TRUSTEE OF THE JIMMIE W. ANDERTON AND FRANCES E. ANDERTON REVOCABLE LIVING TRUST AGREEMENT, Appellant

### V.

### JENNIFER GREEN, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79011**

## ORDER

Before the Court is the February 12, 2020 second request of Julie Vrooman, Official Court Reporter for the 354th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 11, 2020**. We caution Ms. Vrooman that further extension requests will be disfavored.

/s/     KEN MOLBERG
          JUSTICE